Kevin COLLINS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 96697.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 22, 2012.

Margaret M. Johnston, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Laura E. Elsbury, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, C.J., PATRICIA L. COHEN, J., and ROBERT M. CLAYTON III, J.

### ORDER

Kevin Collins appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find that the motion court did not clearly err in denying Collins' request for post-conviction relief. We affirm.